IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RINGERS TECHNOLOGIES LLC, d/b/a RINGERS GLOVES, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-14-1556 |
| ROUGHNECK CITY LLC and CURTIS HAGEN, | § § § § | |
| Defendants. | § | |

## VERDICT

**Question No. 1:**

Has Ringers proven by a preponderance of the evidence that Roughneck City's use of the mark "Iron Roughneck" has infringed the Roughneck trademark?

Please answer "Yes" or "No"    No

**Question No. 2:**

Has Ringers proven by a preponderance of the evidence that Roughneck City's use of the mark "Iron Roughneck" is unfair competition?

Please answer "Yes" or "No"   *No*

**Question No. 3:**

Has Ringers proven by a preponderance of the evidence that Roughneck City acted voluntarily and intentionally and with the specific intent to cause confusion, to cause mistake, or to deceive by the use of the mark "Iron Roughneck"?

Please answer "Yes" or "No"   *No*

If you answered "Yes" to Question No. 3, then please answer the following question. Otherwise, do not answer the following question.

**Question No. 4:**

Find from a preponderance of the evidence the amount of profits that Roughneck City earned from the trademark infringement and unfair competition?

Please answer in dollars and cents, if any:

$ *N/A*

**Question No. 5:**

Has Roughneck City proven by clear and convincing evidence that Ringers knowingly made a false, material representation with the intent to deceive the United States Patent and Trademark Office when it failed to disclose Roughneck City's use of the mark "Roughneck City"?

Please answer "Yes" or "No"   NO

**Question No. 6:**

Has Roughneck City proven by a preponderance of the evidence that Roughneck City has a superior right to the term "Roughneck" because Roughneck City used the mark "Roughneck City" in association with an online store that has sold gloves prior to Ringers' use of the term "Roughneck" in association with the sale of gloves?

Please answer "Yes" or "No"   NO

**Question No. 7:**

Has Roughneck City proven by a preponderance of the evidence that Ringers use of the Roughneck trademark infringed the Roughneck City trademark?

Please answer "Yes" or "No"   NO

Question No. 8:

Has Roughneck City proven by a preponderance of the evidence that Ringers' use of the Roughneck trademark is unfair competition?

Please answer "Yes" or "No"  No

Question No. 9:

Has Roughneck City proven by a preponderance of the evidence that Ringers acted voluntarily and intentionally and with the specific intent to cause confusion, to cause mistake, or to deceive by the use of the mark "Roughneck"?

Please answer "Yes" or "No"  No

If you answered "Yes" to Question No. 9, then please answer the following question. Otherwise, do not answer the following question.

Question No. 10:

Find from a preponderance of the evidence the amount of profits that Ringers earned from its trademark infringement and unfair competition?

Please answer in dollars and cents, if any:

$ N/A

10-20-15
DATE                                            FOREPERSON

-4-