IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RINGERS TECHNOLOGIES LLC, d/b/a RINGERS GLOVES, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-14-1556 |
| ROUGHNECK CITY LLC and CURTIS HAGEN, | § § § § | |
| Defendants. | § | |

### FINAL JUDGMENT

In accordance with the unanimous verdict of the jury, the court **ADJUDGES and DECREES** that Ringers Technologies LLC take nothing from Roughneck City LLC and Curtis Hagen, and that Roughneck City LLC and Curtis Hagen take nothing from Ringers Technologies LLC.

Each party is responsible for its own costs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 21st day of October, 2015.

                                                                          _____
                                                                                        SIM LAKE
                                                                          UNITED STATES DISTRICT JUDGE