IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RINGERS TECHNOLOGIES LLC § <br> DBA § <br> RINGERS GLOVES, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> ROUGHNECK CITY LLC, § <br> Defendant, § <br> § <br> CURTIS HAGEN, § <br> Defendant. § | CIVIL ACTION NO. 4:14-cv-01556 |

## STATEMENT OF ISSUES ON APPEAL

Pursuant to Rule 10(b)(3)(A) of the Federal Rules of Appellate Procedure, Plaintiff and Appellant Ringers, Technologies, LLC ("Ringers") files this Statement of Issues it intends to present on the appeal:

1. Was the jury's verdict that there was no infringement of Ringer's ROUGHNECK Mark by Roughneck City's IRON ROUGHNECK Mark supported by substantial evidence.

2. Did the district court err in granting Defendants' oral motion for a protective order staying the deposition of a third party witness.

DATED: November 25, 2015                    Respectfully submitted,

                                            */s/ Joshua G. Jones*
                                            Joshua G. Jones
                                            Texas State Bar No. 24065517
                                            **REED & SCARDINO LLP**
                                            301 Congress Avenue, Suite 1250
                                            Austin, TX 78701
                                            Tel. (512) 474-2449
                                            Fax (512) 474-2622
                                            jjones@reedscardino.com

                                            **ATTORNEY FOR PLAINTIFF
                                            RINGERS TECHNOLOGIES LLC
                                            DBA RINGERS GLOVES**

738148v.3

## CERTIFICATE OF SERVICE

I certify that on November 25, 2015 the foregoing was filed via the Court's CM/ECF electronic filing system which will send notification of such filing to all parties of record.

<em>Joshua G. Jones</em>

738148v.3